UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

MATTHEW NICOSIA,
WILLIAM ("ROCKY") REININGER,
FABRIZIO DI CARLO, and
RONALD TOUCHARD,

Defendants.

Civil Action No. 22-CV-05761-PKC-CLP

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that David J. D'Addio, an attorney admitted to practice in this Court, hereby enters an appearance of record in this action for and on behalf of plaintiff Securities and Exchange Commission.

Dated: March 24, 2023

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION,
By its attorney,

*/s/ David J. D'Addio*
David D'Addio
33 Arch Street, 24th Floor
Boston, MA 02110
Telephone: (617) 573-8900
Email: daddiod@sec.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on March 24, 2023, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notices in this case. In addition, a copy of the foregoing document will be sent by email to counsel for defendants Nicosia and Touchard, and to defendant DiCarlo.

                              */s/ David J. D'Addio*
                              David J. D'Addio