**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

v.

MATTHEW NICOSIA,
WILLIAM ("ROCKY") REININGER,
FABRIZIO DI CARLO, and
RONALD TOUCHARD,

          Defendants.

Civil Action No. 22-CV-05761-PKC-CLP

## CERTIFICATE OF DEFAULT AS TO DEFENDANT FABRIZIO DI CARLO

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant, Fabrizio Di Carlo, has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Fabrizio Di Carlo is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       May 26, 2023

                                  BRENNA B. MAHONEY, Clerk of Court

                        By: _*Jalitza Poveda*_
                              Deputy Clerk