

# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$38,198 00** |
| 03/01/2020 03/31/2020 | 5 00% | 0 42% | $161 77 | $38,359 77 |
| 04/01/2020 06/30/2020 | 5 00% | 1 24% | $476 88 | $38,836 65 |
| 07/01/2020 09/30/2020 | 3 00% | 0 75% | $292 87 | $39,129 52 |
| 10/01/2020 12/31/2020 | 3 00% | 0 75% | $295 08 | $39,424 60 |
| 01/01/2021 03/31/2021 | 3 00% | 0 74% | $291 63 | $39,716 23 |
| 04/01/2021 06/30/2021 | 3 00% | 0 75% | $297 06 | $40,013 29 |
| 07/01/2021 09/30/2021 | 3 00% | 0 76% | $302 57 | $40,315 86 |
| 10/01/2021 12/31/2021 | 3 00% | 0 76% | $304 85 | $40,620 71 |
| 01/01/2022 03/31/2022 | 3 00% | 0 74% | $300 48 | $40,921 19 |
| 04/01/2022 06/30/2022 | 4 00% | 1% | $408 09 | $41,329 28 |
| 07/01/2022 09/30/2022 | 5 00% | 1 26% | $520 86 | $41,850 14 |
| 10/01/2022 12/31/2022 | 6 00% | 1 51% | $632 91 | $42,483 05 |
| 01/01/2023 03/31/2023 | 7 00% | 1 73% | $733 27 | $43,216 32 |
| 04/01/2023 06/30/2023 | 7 00% | 1 75% | $754 21 | $43,970 53 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| **03/01/2020-06/30/2023** | | | **$5,772.53** | **$43,970.53** |