UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                         Plaintiff,

                  -against-                            **AMENDED REPORT AND RECOMMENDATION**

MATTHEW NICOSIA,                                 22 CV 5761 (PKC) (CLP)
WILLIAM ("ROCKY") REININGER,
FABRIZIO DI CARLO, and
RONALD TOUCHARD,

                         Defendants.
-----------------------------------------------------------X

**POLLAK**, United States Magistrate Judge:

       On February 26, 2024, the Court entered a Report and Recommendation recommending that default judgment enter against defendant Di Carlo. The Court recommended the granting of the SEC's requests for a permanent injunction against Di Carlo for future securities fraud violations, a civil monetary penalty of $100,000, and a bar on Di Carlo from participating in penny stock offerings. However, the Court recommended that the SEC's request for disgorgement and prejudgment interest be denied without prejudice due to a lack of supporting evidence of defendant's profits.

       On February 28, 2024, the SEC provided "bank records, public records, and other evidence establishing that Charlie Abujudeh wired Di Carlo a total of $38,198 to promote Odyssey stock." (ECF No. 36 at 1). On March 4, 2024, the SEC filed proof of service of these supplemental papers on Di Carlo.

       In light of the records provided in the supplemental papers (ECF No. 37), and the calculations of prejudgment interest provided in support of the motion (ECF No. 30-3), this Court amends its prior Report and Recommendation only insofar as to recommend an additional

1

award of $38,198 in disgorgement and $5,772.53 in prejudgment interest.

Any objections to this Report and Recommendation must be filed with the Clerk of the Court within fourteen (14) days. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); see also Fed. R. Civ. P. 6(a) (providing the method for computing time). Failure to file objections within the specified time waives the right to appeal the District Court's order. See, e.g., Caidor v. Onondaga Cty., 517 F.3d 601, 604 (2d Cir. 2008) (explaining that "failure to object timely to a . . . report [and recommendation] operates as a waiver of any further judicial review of the magistrate [judge's] decision").

The SEC is Ordered to serve this Report and Recommendation on defendant Di Carlo and file an affidavit of service through the Electronic Case Filing system immediately.

**SO ORDERED.**

Dated: Brooklyn, New York
March 11, 2024

/s/ Cheryl L. Pollak
Cheryl L. Pollak
Chief United States Magistrate Judge
Eastern District of New York